DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 417P13 | State v. Jerry Windom | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP13-535) | Dismissed |
|---|---|---|---|
| 418P13 | State v. Charles Wharton A/K/A Hillery Boyce | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Beaufort County | Dismissed |
| 419P13 | State v. Johnathan Blake Perry | Def's PDR Under N.C.G.S. § 7A-31 (COA13-30) | Denied |
| 420P13 | Jason Lee Smith and Stacie Ann Smith, Hershel E. Smith (Deceased) v. Rhoda B. Smith | Def's PDR Under N.C.G.S. § 7A-31 (COA13-151) | Denied |
| 421A13 | State v. Dorothy Hoogland Verkerk | 1. State's Motion for Temporary Stay (COA12-1579)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 (COA12-1579)<br><br>4. Def-Appellant's Motion for Temporary Stay<br><br>5. Def-Appellant's Petition for *Writ of Supersedeas*<br><br>6. Def-Appellant's NOA Based on a Dissent<br><br>7. Def-Appellant's NOA Based on a Constitutional Question<br><br>8. Def-Appellant's PDR<br><br>9. State's Motion to Dismiss NOA | 1. Allowed **09/20/2013**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Allowed **10/01/2013**.<br><br>5. Allowed<br><br>6. - - -<br><br>7. - - -<br><br>8. Denied<br><br>9. Allowed |
| 422P13 | State v. Bradley Graham Cooper | 1. State's Motion for Temporary Stay (COA12-926)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **09/20/2013**<br><br>2.<br><br>3. |